# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IPVX PATENT HOLDINGS, INC.,
a Delaware corporation,

        Plaintiff,

vs.

        CASE NO.  6:12-cv-00179-LED

TEO, INC., a Washington corporation,

        **JURY TRIAL DEMANDED**

        Defendant.

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TEO, INC.

PLEASE TAKE NOTICE THAT Plaintiff IPVX Patent Holdings, Inc. ("IPVX") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses its claims against Defendant Teo, Inc. ("Teo").  By agreement of the parties, Teo has not filed an answer or other responsive pleading.  The dismissal of Teo is made with prejudice.

IPVX has not released, and nothing in this Notice should be construed as a release or discharge of, any claim IPVX has or may have in the future against any other asserted infringer of the patent-in-suit.  All other rights have been and are expressly reserved.


Dated: June 21, 2012            Respectfully submitted,

        By:   /s/ S. Calvin Capshaw

             S. Calvin Capshaw, III
             State Bar No. 03783900
             Elizabeth L. DeRieux
             State Bar No. 05770585
             D. Jeffrey Rambin
             State Bar No. 00791478

Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903)-233-4826
Facsimile: (903)-236-8787
Email:  ccapshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com
Email:  jrambin@capshawlaw.com


OF COUNSEL:

Pierre R. Yanney
State Bar No. 033391993
Email: pyanney@stroock.com
William J. Seymour
State Bar No. 4770665
Email: wseymour@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

ATTORNEYS FOR PLAINTIFF,
IPVX PATENT HOLDINGS, INC.

## <u>CERTIFICATE OF CONFERENCE</u>

In compliance with Local Rule CV-7(h), I hereby certify that counsel for IPVX conferred with counsel for Teo and this Notice is agreed.

/s/ S. Calvin Capshaw

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 21st day of June 2012, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ S. Calvin Capshaw